# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

162388(103)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

VIJAYALAKSHMI THAMILSELVAN,
      Plaintiff-Appellee,

v

SIVAGNANAM THAMILSELVAN,
      Defendant-Appellant.

_____/

SC: 162388
COA: 349037
Oakland CC: 2018-860600-DM

On order of the Chief Justice, the motion of defendant-appellant to file a reply in support of his motion for reconsideration is GRANTED. The reply submitted on July 17, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021



Clerk